1    Ronnie R. Gipson Jr., State Bar No. 237673
     James Y. Higa, State Bar No. 225683
2    HIGA & GIPSON, LLP
     55 New Montgomery Street, Suite 510
3    San Francisco, California 94105
     Telephone:     (415) 692-6520
4    Facsimile:     (415) 692-6522
     gipson@higagipsonllp.com
5

6    Attorneys for Plaintiff JEFFREY V. COMMISSO

7

8

9                 **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11                  **SAN FRANCISCO DIVISION**

12

13    JEFFREY V. COMMISSO,          No.  C12-005867 EMC

14          Plaintiff,            **[PROPOSED] ORDER**
                                    **DISMISSING CASE WITH**
15    v.                            **PREJUDICE**

16    THOMAS WHITELAW LLP, JOSEPH    **Federal Rules of Civil Procedure**
     E. THOMAS, and DOES 1 to 20       **Rule 41(a)(1)(A)(i)**
17    inclusive

18          Defendants

19

20

21        Pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1)(A)(i) and

22    Plaintiff Jeffrey V. Commisso's Notice of Dismissal, the Clerk hereby dismisses the above-

23    referenced action with prejudice against all defendants.

24    IT IS SO ORDERED.

25

26    December ____, 2012               CLERK OF THE COURT
               19

27

28                             By_____

*IT IS SO ORDERED*

Judge Edward M. Chen

DISMISSAL WITH PREJUDICE                           CASE NO. C12-05867 EMC