Ronnie R. Gipson Jr., State Bar No. 237673
James Y. Higa, State Bar No. 225683
HIGA & GIPSON, LLP
55 New Montgomery Street, Suite 510
San Francisco, California 94105
Telephone:    (415) 692-6520
Facsimile:    (415) 692-6522
gipson@higagipsonllp.com

Attorneys for Plaintiff JEFFREY V. COMMISSO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY V. COMMISSO,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS WHITELAW LLP, JOSEPH E. THOMAS, and DOES 1 to 20 inclusive<br><br>    Defendants | No.  C12-005867 EMC<br><br>**[PR~~OPO~~SED] ORDER DISMISSING CASE WITH PREJUDICE**<br><br>**Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i)** |

Pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1)(A)(i) and Plaintiff Jeffrey V. Commisso's Notice of Dismissal, the Clerk hereby dismisses the above-referenced action with prejudice against all defendants.

IT IS SO ORDERED.

December __19__, 2012                    CLERK OF THE COURT

                                         By_____

*IT IS SO ORDERED*
*Judge Edward M. Chen*